**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | |
|---|---|
| DR. STEFANA PECHER, LLC, et al.<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., et al.<br><br>    *Defendants*. | REMOVED FROM NEW LONDON JUDICIAL DISTRICT, SUPERIOR COURT CONNECTICUT, KNL-CV26-6082401-S<br><br><br>Civil Action No. _____ |

## NOTICE OF REMOVAL

Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., and Optum Bank, Inc. ("Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, and remove this action from New London Judicial District Superior Court, Connecticut, to the United States District Court for the District of Connecticut, New Haven Division.  As their reasons for removal, Defendants state:

## BACKGROUND

1. By Summons and Complaint, Plaintiffs Dr. Stefana Pecher, LLC, Country Doc Walk-in & Wellness, LLC, and Just Breathe Connecticut LLC ("Plaintiffs"), commenced a civil action against Defendants in New London Judicial District Superior Court, Connecticut, titled *Dr. Stefana Pecher, LLC, et al. v. UnitedHealth Group, Inc., et al.*, Case No. KNL-CV26-6082401-S filed on April 13, 2026 (the "State Court Action"). A true and accurate copy of the Summons and Complaint that Plaintiffs caused to be served upon Defendants is attached as **Exhibit A** and

constitutes all processes, pleadings, and orders served upon Defendants in this action to the present date. 28 U.S.C. § 1446(a).[1]

2.  Defendants were served with the Complaint in the State Court Action on April 6, 2026. The instant Notice of Removal is being filed within thirty (30) days of the service date. 28 U.S.C. § 1446(b).

3.  Attached as **Exhibit B** is a copy of the Notice of Removal, the original of which is being filed with the Clerk of the New London Judicial District Superior Court. 28 U.S.C. § 1446(d).

4.  Pursuant to 28 U.S.C. § 1446(d), notice of the removal of this action will be promptly served on Plaintiffs' counsel.

5.  All defendants in the State Court Action join and consent to its removal.  28 U.S.C. § 1446(b)(2)(A).

## DIVERSITY JURISDICTION

6.  This Court has diversity jurisdiction over the Complaint, pursuant to 28 U.S.C. § 1332, under both "traditional" diversity (28 U.S.C. § 1332(a)) and diversity under the Class Action Fairness Act (28 U.S.C. § 1332(d)).

---

[1] The Complaint relates to a cyberattack suffered by Defendants on or about February 21, 2024. Over 150 cases have been brought against Defendants and Defendants' parent companies in connection with the same cyberattack. On June 7, 2024, the Judicial Panel for Multistate Litigation (JPML) instituted a Multi-District Litigation in the District of Minnesota to centralize cases arising from the cyberattack for pre-trial proceedings: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF (D. Minn.). Defendants are filing, contemporaneously with this Notice of Removal, a Notice of Potential Tagalong with the JPML to consider whether this case should be consolidated as part of the MDL for pre-trial proceedings.

**28 U.S.C. § 1332(a)**

7.    The Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.

8.    The citizenship of a limited liability company is determined by its members. *Platinum-Montaur Life Scis, LLC v. Navidea Biopharmaceuticals, Inc.*, 943 F.3d 613, 615 (2d Cir. 2019).   Plaintiffs allege Dr. Stefana Pecher, LLC, ("Pecher") and Country Doc Walk-in & Wellness LLC ("Doc") are located and registered in North Stonington, Connecticut.  Compl. ¶ 269.  Plaintiffs also allege Just Breathe Connecticut LLC ("Breathe") is a citizen of Connecticut. Compl. ¶ 275.  According to the Connecticut Secretary of State's Office, Plaintiff Pecher has a registered business address in North Stonington, Connecticut and was formed on November 14, 2011. Plaintiff Doc was formed on November 16, 2012 and likewise has a registered business address in North Stonington, Connecticut. Plaintiff Breathe has a registered business address in Ellington, Connecticut and was formed on February 10, 2011. Additionally, Counsel for Plaintiffs stated and represented to Counsel for Defendants that for purposes of diversity jurisdiction, Plaintiffs and all of their members are citizens of Connecticut. Accordingly, Plaintiffs are citizens of Connecticut for purposes of assessing diversity jurisdiction.

9.    Defendant UnitedHealth Group Incorporated is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota.  "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."  28 U.S.C. § 1332(c)(1). Accordingly, Defendant UnitedHealth Group Incorporated is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

10.    Defendant United HealthCare Services, Inc. is a corporation formed under the laws of Minnesota and its principal place of business is in Minnesota. Accordingly, Defendant United HealthCare Services, Inc. is a citizen of Minnesota for purposes of diversity jurisdiction.

11.    Defendant Change Healthcare Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

12.    Defendant Change Healthcare Holdings, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Holdings, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

13.    Defendant Change Healthcare Pharmacy Solutions, Inc. is a corporation formed under the laws of Maine and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Pharmacy Solutions, Inc. is a citizen of Maine and Minnesota for purposes of diversity jurisdiction.

14.    Defendant Optum, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Optum, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

15.    Defendant OptumInsight, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant OptumInsight, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

16.    Defendant Optum Financial, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Optum Financial, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

4

17.    Defendant Optum Bank, Inc. is a corporation formed under the laws of Utah and its principal place of business is in Utah. Accordingly, Defendant Optum Bank, Inc. is a citizen of Utah for purposes of diversity jurisdiction.

18.    Defendant Change Healthcare Operations, LLC is a Delaware limited liability company. The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Operations, LLC is a citizen of Delaware and Minnesota for diversity purposes.

19.    Defendant Change Healthcare Solutions, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Solutions, LLC is Change Healthcare Operations, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Solutions, LLC is a citizen of Delaware and Minnesota for diversity purposes.

20.    Defendant Change Healthcare Technologies, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Technologies, LLC is Change Healthcare Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Holdings, LLC is Change Healthcare Intermediate Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Intermediate Holdings, LLC is Change Healthcare LLC, a Delaware limited-liability company. The sole member of Change Healthcare LLC is Change Healthcare Holdco Inc. Change Healthcare Holdco Inc. is incorporated in the State

5

of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Technologies, LLC is a citizen of Delaware and Minnesota for diversity purposes.

21.    Because Plaintiffs are citizens of Connecticut and Defendants are citizens of Delaware, Maine, Minnesota, and Utah, complete diversity exists between Plaintiffs and Defendants.

22.    Although the Complaint does not specify the precise amount of damages sought, the preponderance of the evidence shows that the amount in controversy exceeds $75,000. The Complaint alleges Plaintiffs Pecher and Doc suffered monetary losses as a result of the Defendants' alleged conduct, including by receiving an advance of $140,000 and a $150,000 line of credit, and incurring $130,000 in credit card debt, among other things.  Compl. ¶¶ 272–73.

23.    The Complaint also alleges that Plaintiff Breathe "suffered monetary losses such as delayed payments for medical care . . . [was] forced to turn down dozens of clients . . . spent significant time and resources dealing with the aftermath of the shutdown . . . was unable to buy practice materials, . . . [and] was forced to stop paying herself in order to avoid having to let staff go" as a result of the Defendants' alleged conduct.  Compl. ¶¶ 278–79.

24.    Additionally, Plaintiffs seek trebled and/or punitive or exemplary damages. Compl., Request for Relief.

25.    Therefore, Defendants assert in good faith that the amount in controversy exceeds $75,000 in value. *See* 28 U.S.C. § 1446(c)(2).

**28 U.S.C. § 1332(d)**

26.    This Court also has jurisdiction over the Complaint pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because the Complaint is a putative class action, at least one member of the class (in this case, all Plaintiffs) is a citizen of a state different from Defendants,

6

Defendants are not a State, State official, or other governmental entity, the number of members of the proposed plaintiff class is not less than 100, and the amount in controversy exceeds the sum or value of $5,000,000.

27.     As stated above, Plaintiffs allege they are citizens of Connecticut, while Defendants are citizens of Delaware, Minnesota, Utah, and Maine. Thus, at least minimum diversity exists.

28.     The Complaint alleges that the Defendants' platform "is connected to 'more than 800,000 providers'" and "involved in one in every three patient records." Compl. ¶ 286.  Since Plaintiffs seek to represent a nationwide class of providers who used this platform, Compl. ¶ 281, the number of members of the proposed class is greater than 100.

29.     Furthermore, the amount in controversy is more than $5,000,000. The Complaint alleges that "providers did not timely receive billions of dollars in earned reimbursements." Compl. ¶ 5. Since Plaintiff seeks to represent a nationwide class of providers, the amount in controversy exceeds $5,000,000.

30.     Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(a) and (d). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

## RESERVATIONS OF RIGHTS AND DEFENSES

31.     Defendants reserve any and all defenses, including, but not limited to, those under Federal Rule of Civil Procedure 12, and does not waive said defenses by the filing of the Notice of Removal.

32.     Defendants do not admit any of the allegations in Plaintiffs' Complaint, and do not concede that Plaintiffs are entitled to any relief.

33. Defendants reserve the right to amend or supplement the Notice of Removal as necessary.

## **REMOVAL TO THIS DISTRICT IS PROPER**

34. This Notice of Removal is being filed in the District of Connecticut, New Haven Division, the District Court of the United States for the district and division within which the State Court Action is pending. 28 U.S.C. §§ 1332 and 1441(a) and 1446(a).

35. The allegations of this Notice of Removal are true and correct. If any question arises as to the propriety of the removal of this action, Defendants respectfully request the opportunity to present a brief oral argument in support of their position that this case is removable.

36. WHEREFORE, Defendants respectfully request that the State Court Action be removed and proceed in the United States District Court for the District of Connecticut, New Haven Division.

> */s/ Nancy Kennedy*
> Nancy Kennedy
> STITES & HARBISON PLLC
> 71 Raymond Road
> West Hartford, CT 06107
> Telephone:  (860) 616-5572
> Email:  nkennedy@stites.com
>
> *Counsel for Defendants*

8

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2026, I filed the foregoing with the Clerk of the Court,

and served the foregoing by email and United States First Class Mail upon:

Erin Green Comite, Juris No. 420630
Anja Rusi, Juris No. 438226
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
arusi@scott-scott.com
ecomite@scott-scott.com

*Attorneys for Plaintiffs*

Jennifer R. Scullion
Nigel P. Halliday
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100

*Attorneys for Plaintiffs*

                        */s/ Nancy Kennedy*
                        Counsel for Defendants

9